UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-20938-Cooke

MILLENNIUM TGA, INC.,

    Plaintiff,

vs.

DOES 1-60,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference (ECF No. 4). This matter was referred to the undersigned by the Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida. (ECF No. 5). The Court has considered the Motion, the applicable law, the record, and is otherwise duly advised in the premises.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference is **GRANTED**; it is further

**ORDERED** that Plaintiff may immediately serve Rule 45 subpoenas, which are limited to the following categories of entities and information:

The Internet Service Providers identified in Exhibit A attached to the Complaint and any other entity identified as provider of internet services to one of the Defendants in response to a subpoena or as a result of ongoing BitTorrent activity monitoring: information sufficient to identify each Defendant, including name, current (and permanent) address, telephone number, email address, and Media Access Control address; it is further

**ORDERED** that any information disclosed to the Plaintiff in response to a Rule 45 subpoena may be used by the Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint; it is further

**ORDERED** that Plaintiff shall serve a copy of this Order along with any subpoenas issued pursuant to this Order; it is further

**ORDERED** that if any entity subpoenaed pursuant to this Order wishes to move to quash the subpoena, it must do so before the return date of the subpoena; and it is finally

**ORDERED** that the subpoenaed entity shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 30 day of May 2012.

_____
WILLIAM C. TURNOFF
United States Magistrate Judge

cc: Hon. Marcia G. Cooke
    Counsel of Record