UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20938-Civ-COOKE/TURNOFF

MILLENNIUM TGA, INC.,

    Plaintiff

vs.

DOES 1-60,

    Defendants.
_____/

### ORDER TO SHOW CAUSE AND ADMINISTRATIVELY CLOSING CASE

THIS CASE is before me upon an independent review of the record.  On March 6, 2012, Plaintiff filed a Complaint in this case.  (ECF No. 1).  A review of the docket reveals that, to date, Plaintiff has not effectuated service on any defendant.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, if a plaintiff fails to serve a defendant within 120 days of filing a complaint the Court may *sua sponte* dismiss the case without prejudice.  If the plaintiff shows good cause for the failure, the Court must extend the time for service for an appropriate period.  More than 120 days have passed since Plaintiff filed his Complaint.

Accordingly, it is **ORDERED and ADJUDGED** that Plaintiff shall show good cause, within 7 days from the date of this Order, why this case should not be dismissed without prejudice.

**DONE and ORDERED** in chambers at Miami, Florida, this 24th day of July 2012.

                                        MARCIA G. COOKE
                                      United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*