THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MILLENNIUM TGA, INC, | : |
| Plaintiff, | : |
| v. | : Case No. 1:12-CV-20938-MGC |
| JOHN DOES 1-60, | : |
| Defendants. | : |

## NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 3.8, I certify that the instant action is similar or related the following civil cases or proceedings pending in the United States District Court for the District of Columbia: *Millennium TGA, Inc. v. Does 1-60*, No. 1:12-mc-00412 (D.D.C. Aug. 3, 2012).

In that miscellaneous action, John Doe 6 moves the United States District Court for the District of Columbia to quash the subpoena directed at Verizon Online, LLC seeking the disclosure of John Doe 6's personally identifying information, which was issued as a result of this Court's Order Granting Plaintiff's *ex parte* Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference [Doc. No. 8]. As the local rules for the United States District Court for the District of Columbia indicate that a moving party shall disclose his or her name and address, John Doe 6 has also moved that court for the allowance to proceed pseudonymously or under seal.

1

        Respectfully submitted,

        TAMAROFF & TAMAROFF, P.A.
        The Alfred I. DuPont Building
        169 East Flagler Street, Suite 1633
        Miami, Florida 33131
        Tel:  (305) 350-7440
        Fax:  (305) 350-7441
        admin@tamarofflaw.com

        By:  /s/ David F. Tamaroff            .
           **David F. Tamaroff**
           Florida Bar No. 92084
           david@tamarofflaw.com
           Daniel F. Tamaroff
           Florida Bar No. 92083
           dan@tamarofflaw.com
           ***Attorneys for John Doe 6***

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 13th day of August, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

        By:  /s/ David F. Tamaroff            .
           **DAVID F. TAMAROFF**