UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-20938-Cooke

MILLENNIUM TGA, INC.,

    Plaintiff,

vs.

DOES 1 – 60,

    Defendants.
_____/

**NOTICE OF COMPLIANCE**

Plaintiff, Millennium TGA, Inc., by and through the undersigned counsel, files its notice of compliance with the Court's Order, (ECF 12), requiring Plaintiff to inform the court of its efforts to serve Defendant Does 1-60.

1. Of the 60 Doe Defendants, only 16 names were released from mid July through August 10th. Plaintiff immediately sent letters to these Doe Defendants, advising them of the seriousness of the copyright allegations under Title 17 of the United States Code and urging them to contact Plaintiff to reach an amicable resolution to the matter. Plaintiff's litigation is unlike conventional litigation in which the parties know each side's name, address, phone number, and proclivities and involvement in the case months or even years before suit is filed. When Plaintiff obtains the identifying information of a Doe Defendant, it is the first time Plaintiff has ever communicated with the Doe Defendant. Plaintiff has to file a lawsuit to reach this point and many times naming and serving the Defendant cannot occur within the time period permitted by law. A period of investigation and expedited discovery is needed so that Plaintiff

can learn as much as possible about the Doe Defendant's liability before naming and serving this individual.

2. Comcast Cable Communications, one of the major Internet Service Providers (ISPs) served with a subpoena, has served an objection letter, objecting to the subpoena and vowing not to produce identifying information without a court order. Because the subpoena was issued out of the District of Columbia, the issue must be resolved in said district. Comcast is in possession of approximately 30 names. Until the Plaintiff's motion to compel is resolved in the District of Columbia, the names Comcast is withholding will prevent Plaintiff from being able to communicate with many Doe Defendants in this case.

3. Plaintiff is still waiting for an additional, approximately, 15 names that have not been released by other ISPs such as Embarq, Cox, and Brighthouse. The delay is usually associated with the need for the ISPs to serve government and non-profit organizations that have the right to precede Plaintiff in the release of identifying information. In addition, some of the IP addresses requested may be too old, and the information is therefore no longer available for the ISPs to release.

Respectfully submitted,

Millennium TGA, Inc.

DATED: August 31, 2012

By: /s/ Joseph Perea
Joseph Perea (Bar No. 47782)
Joseph Perea, P.A.
9100 S. Dadeland Blvd, Ste 1500
Miami, FL 33156
Telephone: (305) 934-6215
Telecopier: (888)229-4968
joperea@perealawfirm.com
*Attorney for Plaintiff*